United States, District Court
District of New Jersey
50 Walnut Street
Newark New Jersey 07101

RECEIVED

MAR 24 2016

AT ~~8:30~~ 11:10 A.M.
WILLIAM T. WALSH, CLERK

Title of Action - Verified Claims,
Multip. lawsuits;
Exparte injunctive -
Civ. Rule 65.1 Emergency Relief :  Civil Action No.
                                    Hon. William H. Walls

Eric J. Rhett
Disable W Disabilities
              Plaintiff

vs                        Complaint

New Jersey State Superior Court Trust Fund unit
Firemans insurance Company - for Hi-Tech Trining School
Supervisor Dee Perez
Hudson County Child Support unit
Freida J. Rhett
Joseph Sinisi landlord; Melita Monica, M.D., Douglas Bradley M.D.,
Howard Pecker M.D., Fadi J Betjani, M.D,
George & Lucyamma Thalody, M.D.
Supervisor Jarrett Knight Community Affairs, Div. of Housing.

                    Defendants.

                    Parties

                    Next Page

United States District Court
District of New Jersey
Newark N.J. 07101

Title of Action: Lawsuit,
Removal off Claims & Complaint
Restricted & Removal

Eric J. Rhett                                    Civil No.
        Plaintiff

        VS
    Judge Peter G. Sheridan              Complaint -
    Judge Stanley R. Chesler
    Judge Susan D. Wigenton
    State Atty. Melissa H. Raksa          Grievance
    U.S. Atty. Caroline A. Sadlowski
    3rd Clerk - Marcia M. Waldron  Rule 12.1-2 Suing in Capacity

Plaintiff, Eric J. Rhett, Disable W Disabilities Protected By Statute 446
195 West Main St. Apt. 2 Rahway N.J. 07065
Defendants - All U.S. District Court - Located Accordingly:
U.S. Atty Caroline A. Sadlowski, 970 Broad St. Next Door
3rd Cir. Clerk Marcia M. Waldron - Philadelphia, PA 19106
                    Jurisdiction
    For A Violation of the Federally Protected U.S. Constitution
    of Article XIV., of Section 3.; 28 U.S.C. § 332(d)(1)


                    Cause of Action
    Rule 12.1-2 Suing in a Capacity. Against Officials-Judges.
    Defendants, All Has Engaged in-Insurrection, And
    Rebellion Against, Plaintiffs Constitutional Rights,
    Civil Law Binding, And Facts- Of All Claims, In
    Aid of Defendants Wrong-Doing, Giving Defendants
    A Comfort Zone, To Delay What They Actually Owes.
    And Given Defendants, Special Treatment, of Avoidance:

2

Demands,

Pursuant to Fed. R. 8. A;
The District Court Already Has Jurisdiction;
Plaintiff is Federally Protected by strict liability - owes Nothing;
The Plaintiff is Federally Protected, Under Fed Statute
890. Allowing to Bring forth other statutes; and
Bring forth Washington D.C. - Cognizable Misconduct
Findings, where Federal Claims are Concern - Under
42 U.S.C. 300AA -12(C);
Regardless, what Defendants Judgment, Order and/or
Findings are;
The Plaintiff is Federally Protected by Fed Statute
5 U.S.C. 706(2), and setting Aside All of The Federal
Officials, Fed circuit Judges, and State Official Findings.
As unlawful - Because there Findings, were, and is for
Personal Favoritism, and Nepotism - Obtaining Special
Treatment for Defendants;
and personal favors related to the Judicial Office of
the District Court, and 3rd Circuit; is Misconduct;
Where A Violation Has Been Committed; Violating the
Federally Protected - Statute of - Section 372(C) of
Title 28 of United States Code; For Engaging in
Conduct Prejudicial to the Effective & Expeditious
Aim of The Business of the Courts;
The Plaintiff Demands, that All State & Federal Judg's, -
All Attorney General Office of the State, & U.S. Attorney
Caroline A Sadlowski, All Be Taken Off Plaintiff case's.
And shall No Longer Be Asigned - To Any of Plaintiff's cases.
Complaint or otherwise
Pursuant to 402(H) of The Judicial Discipline & Removal
Reform Act of 1990. Upon where Restriction & Removal is
Granted; - Grievance - Misconduct;
And For Violating - other legal Contentions that are Warranted By
law Entered by Plaintiff; Violating Rule 11.-B.2; and uneccary
Delays. Violating R-11. B-1.



Plaintiff, Eric J. Rhett Sr., 195 West Main St. Apt. 2 Rahway N.J. 07065

DEFENDANTS

N.J. State Superior Trust Unit- Superior Court Hughes Justice Complex, 25 W. Market St. P.O. Box 971, Trenton N.J. 08625

Esq Defendant: John P. O'Toole         Dkt. UNN-L-3000-00
Wilson Elser, Moskowitz, Edelman & Dicker LLP
33 Washington St. Newark N.J. 07102-3107

Firemans insurance Company, 1 Progress Point- Parkway,
                    O'Fallon, MO 63366

Supervisor Dee Perez, of Proceed Inc., 1126 Dickinson St.
                    Elizabeth N.J. 07201

Hudson County Child Support Unit, 29 Cottage St. Jersey City 07304
Or Admin. Bldg. 595 Newark Ave, Jersey City N.J. 07304

Freda Jean Rhett, Q15 Quincy Circle, Dayton N.J. 08810

Dept. of Community Affairs- Div. of Housing
Regional Supervisor- Jarrett Knight - Ms. Freeman
200 West Second St. Plainfield N.J. 07060

(and/or) Joseph Sinisi, 195 W. Main St. Corp., 1429 Route 22
Mountainside N.J. 07092

Hugh P. Francis Esq For Dr. H. Pecker M.D., 310 South St.
Morristown N.J. 07960 - For Muix insurance Co

William E Frese Esq For PSE&G Co., 80 Park Plaza, T5D
Newark N.J. 07101

Mehta Monica M.D., 191 Palisade Ave, Jersey City N.J. 07306

Douglas Bradley M.D., 700 Rahway Ave, Union N.J. 07083

Fadi J. Bertani M.D., 2946-60 Route 10 West, Power Mill Plaza
West, Morris Plan N.J. 07950

GEORGE & LUCYAMMA THALODY, 240 WILLIAMSON ST. #400    2A
ELIZABETH N.J. 07207

<u>JURISDICTION</u>                                    3.

PURSUANT TO EXPARTE; ESTABLISHING, U.S DISTRICT COURT JURISDICTION;

WHERE, PURSUANT TO 28 U.S.C. 1345, AND 1348; WHERE THE DISTRICT, DISTRICT COURT JUDGE, IS A U.S. PLAINTIFF WHO MUST NOW, DEFEND THE PLAINTIFF TOTALLY. AS THE PLAINTIFF IS

### STATING A § 1983 CLAIM

A § 1983 claim must contain an alleged violation of a federally protected right by a state actor. If your complaint does not make such an allegation, as to each named defendant, the district court may dismiss your complaint.

FOR LIFE THREATENING REASONS,
RE: RHETT VS. SUPERVISOR DEE PEREZ., THE PLAINTIFF ABSOLUTELY CANNOT PRODUCE, A VERIFICATION FOOD PANTRY LETTER., TO MS. DEE PEREZ; BECAUSE, NEW PANTRY STAFF DOES NOT PROVIDE SUCH LETTERS ANYMORE; THEREFORE THE DELAY OR UTILITY BENEFITS, SINCE 10-2015, IS A VIOLATION OF THE FEDERALLY PROTECTED - COMPARATIVE NO-FAULT ACT., AND CONSUMER FRAUD ACT., FOR MS PEREZ TO HOLD PLAINTIFF LIABLE-IN ANY SHAPE OR FORM. AND PUTTING & LEAVING PLAINTIFF'S LIFE IN JEOPARDY. WITH HIS PSE&G Now SERVICE OFF-, WHERE COURT R-16: C:2F, & 16.C 2P; SOLVES-CAN., RE RHETT VS PSE&G.,
PSE&G IS & HAS VIOLATED THE FEDERALLY PROTECTED FED. ACT OF THE CONSUMER FRAUD ACT., AND FED. STATUTE 660 OF HEALTH & & SAFETY OF OCCUPANT. APT-2 UNDER PSE&G ACCOUNT #68-535-900-07 FOR FAILING TO MONITOR PLAINTIFF'S -INDIGENCY STATUS. PROPERLY. KNOWING PLAINTIFF CAN'T CONTRIBUTE, TO NO PORTION AND/OR PAY HIS UTILITY BILL-NOT UNTIL-CLAIMS ARE AWARDED HEREOF, PLAINTIFF ALSO STATES A § 1983., CLAIM-AGAINST PSE&G, FOR VIOLATING, THE FEDERALLY PROTECTED ACT., OF THE COMPARATIVE FAULT ACT, HOLDING PSE&G AT FAULT; AND NOT THE PLAINTIFF;

15-2341

1)EMANDS

3

PURSUANT TO FED R. 8.A                    2N:15-5-5.2(6);
PLAINTIFF IS FEDERALLY PROTECTED; UNDER STRICT LIABILITY GRANTED;
AT 100%; AND OWES NO DEFENDANT-NOTHING, NOT FROM SOCIAL
SECURITY DISABILITY DISABLE CLAIM-NEITHER
UPON WHICH EXEMPTION FROM COURT FEE'S & COST IS GRANTED-,

Mr. Eric J. Rhett
Apartment 2
195 West Main Street
Rahway, NJ 07065

AND VERIFIED UNDER - 28 U.S.C. §1746 & JUSTIFIED. Eric Rhett

IN ADDITION; ALL OFFICIALS INVOLVED; HAS ENTERED; A- COLLUSIVE
LITIGATION DEFENSE; OF FAVORTISM AND NEPOTISM.
AS A PERSONAL FAVOR FOR DEFENDANTS'
AND IN DOING - ALL HAS VIOLATES THE FEDERALLY PROTECTED
CASELAW AND STATUTE OF.                              ORDERS
THE U.S. SUPREME COURT'S REFUSAL IN 179B TO RENDER JUDGMENTS
& OPINIONS ON TWENTY-NINB QUESTION OF INTERNATION LAW
FROM SECRETARY OF STATE THOMAS JEFFERSON; SEE 13
WRIGHT, MILLER & COOPER, FEDERAL PRACTICE & PROCEDURE
12 (WEST, 1984) §3529.1 AT 295. - AUTOMACTICALLY MANDATING,
THAT THE DISTRICT COURT'S OPINION-ORDER & JUDGMENT-,

INCLUDING THE 3rd CIRCUIT'S, No. 15-2341

IS RULED OUT; AND REMOVED. OFF THE RECORD. UPON
WHICH RELIEF; FROM DISTRICT COURT'S & 3rd CIRCUITS RESULTS
IS GRANTED.
                                        OR
WHICH ENCOMPASS'S, ON ANY DECISION OTHER DOCTRINES JUST THE
SAME. INCLUDING THE STATES - JUSTICIABILITY;
AND VERIFIED UNDER - 28 U.S.C. §1746 & JUSTIFIED. AGAINST EACH
3rd Cir. JUDGE AISO; WHO PARTICIPATES; VIOLATING WRIGHT, MILLER &
COOPER, FED. PRACTICE & PROCEDURE; JURISDICTION 2d §3702. FOR OVERLOOKING
                                                OF → STEIN ON PERSONAL
                                                     INJURY DAMAGES.
                                                     Eric J. Rhett

§ 52-5721.  Strict tort liability, contributory negligence and compara-
tive negligence not bar to recovery

In causes of action based on strict tort liability, contributory
negligence or comparative negligence shall not be a bar to recovery. The

FOR ATTEMPTING TO PHYSICALLY HARM PLAINTIFF, AND/OR CAUSE    4
DEATH; GIVES THE DISTRICT COURT JURISDICTION, WHO DEFENDS
PLAINTIFF'S ADA PROTECTION RIGHTS FROM SUCH DEADLY
CONDUCT. UNDER THE UNITED STATES FEDERAL PROTECTION
POLICY OF HUMANITARIAN RIGHTS.
RHETT VS STATE CASEWORKER, MS. FREEMAN., WRONGFUL
IDENTITY ON-OF APPLICATIONS, IS A FEDERAL OFFENSE,
UNDER, SECTION 1001 OF TITLE 18 OF THE UNITED STATES
CODE, GIVES DISTRICT COURT JURISDICTION;
RHETT VS HUDSON COUNTY CHILD SUPPORT UNIT ALSO; MISLEADING
THE FEDERAL IRS & STATE TAX DEPT.S, THAT PLAINTIFF
OWED CHILD SUPPORT, IS A FEDERAL OFFENSE; WHEN STATE
COURT DISPOSITION, ON 4-27-05 VINDICATES PLAINTIFF
FROM OWING SINCE 10-3-89. ONSET DATE OF ACTUAL DISABLE
DISABILITY STATUS: SINCE UNLAWFUL DEDUCTIONS OCCURRED:
THE PLAINTIFF IS STATING A § 1983 CLAIM -AGAINST THE DISTRICT
COURT-, SUING THE COURT, TO PROCEED IN -LEAVE TO SUE IN
FORMA PAUPERIS. 97.2 AND/OR UNDER STRICT LIABILITY AT
100% UNDER THE COMPARATIVE NEGLIGENCE ACT-2A;15-5.2(6)
ENFORCING THE FIREMANS INSURANCE CO TO PAY -A SEPARATE
FEE TO COURT FOR PROCEEDINGS,
AND NOT VIOLATE THE FEDERALLY PROTECTED- ACCESS.BLE
REMEDY RIGHTS UNDER (AND) NOT COERCE-TO AVOID)- ITS EX PARTE)

**SEC. 203. ENFORCEMENT.**

The remedies, procedures, and rights set forth in section 505 of the Rehabilitation Act of 1973 (29 U.S.C. 794a) shall be the remedies, procedures and rights this title provides to any person alleging discrimination on the basis of disability in violation of section 202.

¶ 503    **Prohibition Against Retaliation and Coercion**

Discrimination against an individual because that individual has opposed an act or practice made unlawful by the ADA, or because the individual made a charge, testified, assisted, or participated in any manner in an investigation proceeding or hearing under the ADA is specifically prohibited. The law also makes it unlawful to coerce, intimidate, threaten or interfere with any person in the exercise or enjoyment of, or on account of the exercise or enjoyment of, or on account of his or her having aided or encouraged any other person in the exercise or enjoyment of, any right granted or protected by the ADA. The remedies and procedures available under the ADA's remedial provisions (Sections 107, 203, and 308), are available to persons alleging violations of the prohibition against retaliation and coercion.

UPON WHICH FEDERAL COOPERATION RELIEF IS GRANTED; AND
CONDEMN A VIOLATION BY ALL DEFENSE PARTIES - WHO SAYS NO.

28 U.S.C. § 1915(g). The only exception to this is if you are in "imminent danger of serious physical harm." However, if you are not proceeding IFP, you may file a new civil action or appeal even if you have three or more of these dismissals.

5

IN ADDITION: ESTABLISHING DISTRICT. COURT JURISDICTION -
PURSUANT TO CALKINS v BLUM (1981, ND NY) 511 F Supp 1073,
AFFd, REMANDED (CA2 NY) 675 F2d 44; RUSH v PARHAM
(1980, CA5 GA) 625 F2d 1150, reh den (CA5 GA)
632 F2d 894. MANDATING DISTRICT COURT JURISDICTION,
FOR HUMANITARIAN-HEALTH AND WELFARE; FEDERALLY
PROTECTED By THE UNITED STATES FEDERAL COURT
SYSTEM., PURSUANT TO FED. STATUTE 660 FOR HEALTH
AND SAFETY; IN ADDITION TO FED. CIVIL RIGHTS ACT OF 1871. ALL CLAIMS.,

## 9. DECLARATORY AND INJUNCTIVE RELIEF AGAINST STATE OFFICIALS

### ¶1104.  Jurisdiction

A Federal District Court has jurisdiction over an action for injunctive and declaratory relief in which it is alleged that state officials in implementing the state's Medicaid program have denied the plaintiffs their rights to procedural due process,[91] are enforcing statutes or regulations or using procedure. which are in conflict with the federal Medicaid statute,[92] or have discriminated against the plaintiff or a class of plaintiffs in violation of the Fourteenth Amendment.[93]

### ¶ 502                                    State Immunity

States are not immune under the Eleventh Amendment from actions in state or federal court for violations of the ADA. The same remedies, including remedies at law and in equity, are available against a state as are available against any other public or private entity.

IN ADDITION: ESTABLISHING, THAT, THE STATE OPPOSITION PARTIES
AND DISTRICT., ARE NOT IMMUNED FROM -BEING SUED, TO
COOPERATE. IN THE NAME OF-SAVING A LIFE- UNDER THE
FEDERALLY PROTECTED U.S. POLICY OF HUMANITY RIGHTS;

PER THE DISTRICT COURTS, CIVIL COVER SHEET., IT IS JUSTIFIED,
THAT THE DISTRICT COURT STATUTE 890, INVITES OTHER STATUTES,
THEREFORE; CONCLUDING;
RECOVERY STATUTE § 4514 ON PAGE 6, APPLYS TO EACH CIVIL
CLAIM-DEMANDING MONEY DAMAGES., FROM EACH DEFENDANT.,
IT IS ALSO AN ADDITIONAL RELIEF STATUTE AUTOMATICALLY
UPON WHICH RELIEF IS GRANTED., PER EACH MONEY CLAIM.
DEMANDED;
AND SUPPORTING THE STATUTE ALREADY-APPLIED TO EACH CLAIM
FOR A FEDERAL VIOLATION; WHERE RELIEF ALSO CAN BE GRANTED.,
FEDERAL STATUTE § 4514 - PAGE 6

Ch. 56                    JUDGMENTS; COSTS                    § 4515
                                                              Rule 54

§ 4514.   Judgment Upon Agreed Statement of Facts—For
                          Plaintiff

                      [F.R.C.P. Rule 54(a)]

                   [Title of Court and Cause]

On this [date], this cause came on for consideration, having been previously submitted upon an Agreed Statement of Facts, and the briefs of the parties have been considered.

And it appears that the issues should be found for the plaintiff and that it should have judgment as demanded in its complaint for the sum of $_____ with interest at ___% from [date]

It is Therefore Ordered and Adjudged that plaintiff have and recover of and from the defendants the sum of $_____ as principal and the sum of $_____ as interest, for a total sum of $_____.

Dated: _____

_____
United States District Judge

PUTS-28 U.S.C. §2241(b) IN AUTHORITY-TO PROCEED UNCONDITIONALLY AS JUSTICE REQUIRES.,

<u>CAUSE OF ACTION</u>

MULTIPLE FEDERALLY PROTECTED LAWS., AND STATUTE'S VIOLATED BY DEFENDANTS WHICH HAS UNLAWFULLY DELAYED RELIEF FOR PLAINTIFF; PLAINTIFF'S HUMANITARIAN ESSENTIAL RIGHTS., ARE BEING VIOLATED BY SENTENCING PLAINTIFF TO HIS OWN DEATH - BY RELYING ON HIS DIAGNOSIS OF DANGEROUS LEVELS OF CHOLESTORAL LEVELS, HIGH BLOOD PRESSURE; BY DENYING PLAINTIFF HIS DUE PROCESS OF RELIEF TO RECOVER- IN ORDER TO EAT PROPERLY; AND OR STARVE TO DEATH, CAUSING ADDITIONAL INTERNAL PHYSICAL HARM TO PLAINTIFF'S INNER ORGANS. OF A SERIOUS ISSUE., IT IS ALSO., A VIOLATION OF THE FEDERALLY PROTECTED ACT., OF STATUTE 895, - BY NOT BEING CLEAR, HOW IS IT, PLAINTIFF SERVICE WILL NOT BE SHUT OFF; WHEN PLAINTIFF CANNOT MEET DEFENDANT-LIABLE DEMANDS TO ACTIVATE UTILITY BENEFITS. ALL WHICH IS A FEDERALLY PROTECTED VIOLATION OF PLAINTIFF'S HEATH AND SAFETY RIGHTS., — IN ORDER TO PREVENT ANOTHER KINBY STONES ATTACK AGAIN, OR DEATH..... UNDER THE FEDERALLY PROTECTED CASE OF THE LATE U.S. SUPREME COURT JUSTICE ANTONIN SCALIA-DIAGNOS WITH THE SAME LIFE THREATENING CONDITION AS PLAINTIFF. BEFORE HIS DEATH. GRANT RELIEF; NOT TORTURE:

Demands

7

Pursuant to Fed. R-8.(A-1)

The District Court has Jurisdiction under 28 U.S.C - 1345 and 28 U.S.C. 1348 as a U.S. Plaintiff, who Defends the Plaintiff at 100%.

For Civ. 40.1 REALLOCATION AND REASSIGNMENT ACTION: Pursuant to Fed. R-8.(A-2)

The Plaintiff is stating a §1983 claim - against previous Judges, for Violating the Federally Protected Proceedings for R-16-C2i; R-16-C2L; R-16.A-5; R-16. C2F; and R-38.1 - of Special Procedures etc.; bring forth Civ. Rule 40.1 d and E, for Reallocation and Reassignment.; when Plaintiff has been treated in a demonstrably - egregious & Hostile manner; upon which Reallocation and Reassignment is Just., pursuant to Fed. Rule 60(6) Void, same previous assignments.

Pursuant to Fed. Court Rule 4. C-3; The Plaintiff Respectfully is Requesting for the U.S. Marshal Services, serve All Defendants

Pursuant to Fed R-8. A-1
The Court Already Has Jurisdiction;

The Plaintiff cannot correct., nor solve, the increasing utility Bill - being enforce, in a No Fault situation - not without coming to the Court pursuant to Rule 11. C-2 Hereof., in addition to all other claims.; in addition All Defendants - must prove there side of defense; thoroughly, or be held for court cost & fees. A Violation of Federally Protected U.S. Congressional Judiciary Act - if Defendants Don't., then loss's by Default.

Eric J. Rhett

BHETT VS FIREMANS INSURANCE Co.- FOR HI-TECH TRAINING SCHOOL

ORIGINAL CLAIM: A 1983 CLAIM,                                    **8.**

THE DISTRICT COURT HAS JURISDICTION - IN ADDITION TO THE FEDERAL

DEBT COLLECTION ACT OF 1982, AND CIVIL RIGHTS ACT OF 1871,

PER ESTABLISHED - UNDER EXPARTE, OF FEDERAL QUESTION.

PURSUANT TO FED. R-8.A-1

THE PERMANENTLY INJURED PLAINTIFF IS STATING A § 1983 CLAIM

AGAINST THE FIREMANS INSURANCE COMPANY; AND THERE DEFENSE

ATTORNEYS, FOR FEDERALLY VIOLATING THE PROTECTED U.S.

CONGRESSIONAL - JUDICIARY ACT OF 1789, FOR NOT ACTING ON THE

ACTUAL FACTS OF THIS PERSONAL INJURY CLAIM - OF, ON 8-3-98

BEHIND HI-TECH'S NEGLIGENCE AT 100% - 24:15-5.2(6) - STRICT

LIABILITY ALREADY AWARDED ON 3-7-02 BY STATE ARBITRATION,

VERIFYING, PERMANENT LIMITED MOBILITY DAMAGE TO NECK, PERMANENT

LIFE TIME PAIN LOWER LEFT SIDE BACK OF NECK, NOSE HEALED, JAW

BONE-STILL CLICKING SOUND-TMJ. CAN'T DRIVE ANYMORE AS RESULT.,

AND WILL NEVER ENJOY THE QUALITY OF LIFE AGAIN. AND CAN'T SIT

FOR LONG PERIODS.

AND FOR AVOIDANCE OF THE FEDERALLY PROTECTED - U.S ARTICLE VII.

OF THE CONSTITUTION - FOR A SPEEDY REMEDY - TO JURY TRIAL;

AND VIOLATING - FEDERALLY PROTECTED STATUTE 890 BRING FORTH- FEDERAL

STATUTE 42 CFR. 405.841 (C), BECAUSE ON 7-22-02, FORMER STATE

JUDGE ROSS ANZALDI, & ORIGINAL DEFENSE ATTORNEY VINCENT RIZZO,

CLEARED COURT, WENT OFF RECORD, THREATEN PLAINTIFF; THEN WOULDN'T

ALLOW PLAINTIFF TO SPEAK FREELY ON RECORD. VIOLATING PLAINTIFF'S

FREEDOM OF SPEECH, BY VIOLATING PROTECTED U.S. ARTICLE 1. OF U.S.

CONSTITUTION.

PURSUANT TO FED. R-8.A-3; AND FED.R.16.A-5; AND R-16.C.2;

THE PLAINTIFF DEMANDS. TO BE COMPENSATED, TRIPLE THE ORIGINAL

SETTLEMENT AMOUNT OF $760,000.00 ENTERED 7-8-02., ATTACHED. FOR THIS

UNLAWFUL LONG TERM DELAY. FROM BEING AWARDED, SINCE 10-24-03, DAY

OF FRAUDULENT ORDER BY FORMER STATE JUDGE ABOVE;

FEDERALLY PROTECTED TO BE COMPENSATED, SUBSTANTIALLY UNDER STEIN

ON PERSONAL INJURY DAMAGES § 52-5721. NOT TO BE BARRED FROM

RECOVERY; PAIN & SUFFERING, STRESS & DEBRS. ETC. IN AMOUNT OF $2,250,000.00;

AND VIOLATING FED. PROTECTED STATUTE 890, BRING FORTH STATUTE 5 U.S.C.

706(2) AND SETTING ASIDE ANY DEFENSE, NOT TO COMPENSATE PLAINTIFF

ACCORDINGLY. BECAUSE IT IS UNLAWFUL - NOT TOO - AND DEMAND FOR JURY TRIAL R-38(6)

AND JUSTIFIED UNDER 28 U.S.C. §1746 & VERIFIED. Eric J R____

To: Judge 4:07-cv-01752-DJS
Edward W. Beglin Jr
Ass Judge

Exhibit (AB)
Firemans insurance Co.
must be held totally responsible
under strict liability
24:15-5.2(4)
Comparative Negligence Act.

Fed. R- 8 A

From: No. UNN-L-3000-00
state docket (E)
Eric J Rhett - Plaintiff
Rahway N.J. 07065

RECEIVED CLERK
U.S. DISTRICT COURT
2005 MAY 23

JUL 8 2002
A 9:17
USPS - 07065

8.2

Executing money damages
Fed. rule 69

writ
Affidavit
Plaintiff did not have to
Appeal to state courts by law

**SETTLEMENT AGREEMENT**

Between

ERIC J. RHETT, Plaintiff

And

HI-TECH TRAINING SCHOOL

AGREEMENT DATE:

Neck injury

And jaw bone etc. All - TMJ Damage    Fed. R-11.5-2

Eric J. Rhett

Tripple this amount - For "Fraud"
$ 2,250,000.00    or Trial by Jury is by demand

The Plaintiff will settle this civil injury claim in the amount of $750,000.00 or Seven Hundred and Fifty Thousand Dollars and No Cents, in full payment, to bring a final closure to this injury claim pending in a lawsuit instituted in the Superior Court of New Jersey, Union County, Law Division, Docket No. UNN-L-3000-00.

This settlement will cover all injuries, the Plaintiff, Eric J. Rhett, sustained on the premises of the Hi-Tech Training Site on August 3, 1998.

This settlement will also cover pain and suffering, stress and depression, mental anguish, negligence, and the Plaintiff's lost of opportunity to become to Heavy Equipment Operator, and or a CDL Licensed Driver.

In addition, and including any and all unprofessional behaviors, Hi-Tech Training School, and their representing Attorneys, who have engaged in misconduct, malfeasance, and medical malpractice, will also bring closure to this case. And will give up all pursuit to reveal any more unethical misconduct that may involve their Attorneys. And, give up any and all claims and rights which the Plaintiff may have against you.

This:

Settlement Agreement does not cover liability damages of responsibilities nor any legal fees, medical bills, hospital bills, physician expenses, nor debts owed by the Plaintiff.

Further, the Hi-Tech Training School, our insurance carrier, and our attorneys who represent us, will take on the full responsibility of liability at 100% or One-Hundred Percent, and will pay separately, on behalf of the Plaintiff, Eric J. Rhett.

And we will pay the liability at 100%, and under the full statute law of liability herein the State of New Jersey.

And will obligate our responsibilities to the following: All medical debts including medical bills, hospital bills, physician expenses, legal fees, and any and all other debts owed by the Plaintiff, Eric J. Rhett, as a result of the injuries and the plaintiff's disability, totally and completely.

under Fed. R- 8(A) original personal injury claim, Jurisdiction: under 28 U.S.C.S § 1441, + Comparative Negligence act 24:15-5.2(6) + §1343 of substantial Constitutional claims entered, For pleader has not been Compensated has stated upon for suffering - violating Article V. of constitution, & demand for relief for survival independently. Before Record was Corrupted on 7-22-02    Eric Rhett

RHETT VS PSE&G Company                                                    9

ORIGINAL Claim:
THE DISTRICT COURT HAS JURISDICTION - UNDER THE FEDERAL
DEBT COLLECTION ACT OF 1982., AND SECTION 1129 & SECTION
1140 OF THE SOCIAL SECURITY ACT; AND TITLE VI OR THE CIVIL
RIGHTS ACT OF 1964, AND CIVIL RIGHTS ACT OF 1871., IN ADDITION
TO THE EXPARTE FED. QUESTION;

PURSUANT TO FED. R-8.2
THE PLAINTIFF IS STATING A $1982 Claim - AGAINST PSE&G Co.
FOR VIOLATING, THE FEDERALLY PROTECTED - STATUTE 660., OF HEALTH
& SAFETY; By PUTTING PLAINTIFF'S LIFE - INTENTIONALLY - VIOLATING
FEDERALLY PROTECTED NEGLIGENCE ACT -2A:15-5.2(9), IN EXTREME
DANGER;
SINCE YEAR 2000; AS A PSE&G CUSTOMER, UNDER ACCOUNT #51-421-
031-73, AND DISABLE W DISABILITIES SINCE 10-3-89, OBLIGATED PSE&G
TO RELY ON - UTILITY CREDITORS, OF PROCEED INC. AT 1126 DICKINSON
ST. ELIZABETH N.J. 07201 - FOR UTILITY PAYMENTS TOTALLY. UNDER STRICT
LIABILITY OF NEGLIGENCE ACT -2A:15-5.2(6)
BUT UNLAWFULLY & NEGLIGENTLY - PSE&G INTENTIONALLY. VIOLATED THE FEDERALLY
PROTECTED RESTRICTION - NOT TO HAVE NOBODY'S SERVICE OFF PAST OCT.
15th; AND ON OR ABOUT MID YEAR - 2005, PSE&G UNDER ACCT #51-421-031-
73, SHUT OFF PLAINTIFF'S SERVICE FOR AT LEASE 6 MONTHS - RESTORING
SERVICE IN DEC. 2005.; WHO REPEATED SAME UNLAWFUL - SHUT OFF ACT
UNDER THE NEW ACCOUNT #51-421-031-81; FOR AT LEASE FOR MONTHS
YEAR 2006; THEN AGAIN YEAR 2007 - UNDER NEW ACCT. #68-535-900-07;
INFLICTING EXTREME HYPOTHERMIA COLD CONDITIONS., AND HUNGER
STOMACH PAINS DURING THE ENTIRE - SHUT OFF PERIODS.;
AND VIOLATING - FEDERALLY PROTECTED U.S. CONGRESSIONAL JUDICIARY
ACT - By AVOIDING - THESE FACTS; AND WHO IS IN DEFAULT R-55, FOR
VIOLATING - FEDERALLY PROTECTED STATUTE 875 OF CUSTOMER CHALLENGE
12 USC. 3410 FOR NEVER REVEALING, SHUT OFF RECORDS ON PLAINTIFF.
PLAINTIFF DEMANDS TO BE REWARDED $100.000.00, IN PAIN & SUFFERING
DAMAGES. IN ADDITION TO ATTEMPT TO MURDER; UNDER STATUTE 360;
PURSUANT TO FED. STATUTE 890 BRING FORTH - 42 CFR - 405.841 (c) FOR
CORRECTING ANY DEFENSE PSE&G MAY RAISE; BUT ASIDE ANY DEFENSE IN
GENERAL NOT IN COMPLIANCE UNDER 5 U.S.C. §706(2) AS UNLAWFUL -
AND EXERCISING RULE 16. C-(2i), 16. A-5; 16. C. L; AND DEMAND FOR JURY TRIAL - R38
AND VERIFIED & JUSTIFIED UNDER 28 U.S.C.§ 1746. Eric J. Rhett

United States District Court
District of New Jersey

Newark, New Jersey 07101

Pro-Se Litigant
Disable W Disabilities
Federally Commerced By Court

Civ. R-65.1 Emergency Relief

Eric J. Rhett
    Plaintiff

Vs.

PSE&G Company Et. Al
    Defendants

U.S District Court
District of New Jersey
Newark Vicinage

Civil Action No.
Hon. William H. Walls

ORDER

THIS MATTER HAVING BEFORE THE COURT ON DISTRICT COURT, AS U.S. PLAINTIFF, TO ENFORCE HEALTH AND SAFETY PROTECTION, PURSUANT TO FEDERAL STATUTE 660, AND THE COURT HAVING REVIEWED, THE PLAINTIFF'S URGENCY, AND LIFE THREATEN-ING CONDITIONS; AND ACKNOWLEDGES THE PLAINTIFF'S, UNCONDITIONALLY INDIGENCY STATUS., DEFENSELESS; AND NO FAULT GROUNDS; AND THE PLAINTIFF HAVING SURRENDERING AT THE MERCY OF THE; AND GOOD CAUSE APPEARING;

IT IS ON THIS _____ OF _____ 2016:
VIOLATING FED B-11. B-1) FOR DELAYING-
ORDERED. THE PSE&G, MUST RESTORE PLAINTIFF'S UTILITY SERVICE AT ONCE, FOR ACCOUNT NUMBER 68-535-900-07, AT 195 W. MAIN ST. APT. 2 RAHWAY N.J. 07065,
OR, IT IS FURTHER ORDERED, THAT PROCEED INC. AT 1126 DICKINSON STREET., ELIZABETH N.J. 07201., MUST AT ONCE, RETROACTIVELY SATISFY PSE&G Co. WITH A PAYMENT INSTALLMENT; AND THEREAFTER, ACTIVATING USF UTILITY PAYMENTS - MONTHLY. IN WHICH, PSE&G, MUST EXCEPT - PAYMENT PORTIONS. WITHOUT SHUTTING OFF PLAINTIFF'S SERVICE AGAIN. PAYMENTS FROM PROCEED INC. AND THAT, THIS ORDER BE SERVED ON PSE&G AND PROCEED INC. AT ONCE. & VERIFIED

USDJ.

RHETT VS STATE SUPERVISOR, OF DIV. OF HOUSING - DCA    10.

ORIGINAL CLAIM: A 1983 CLAIM

Coordinates with the states and administers the public health efforts; coordinates and upholds international health-related agreements; conducts medical and biomedical research; develops programs for planning public and private institutional medical programs; and enforce laws for the protection of foods, drugs, and medical apparatus and supplies. 42 U.S.C. 201

PURSUANT TO FED. R-8. A-1    →

AFFIRMATIVE DEFENSE

THE DISTRICT COURT HAS JURISDICTION, UNDER THE FEDERAL DEPT. OF HOUSING & URBAN DEVELOPMENT - HUD - 42 U.S.C. 3532, AND U.S. HOUSING ACT OF 1937 - 42 U.S.C. 1437 et. seq.; FOR A VIOLATION OF FEDERALLY PROTECTED - FED. STATUTE 42 U.S.C. 201, PLAINTIFF IS STATING A 1983 CLAIM - AGAINST STATE SUPERVISOR OF DIV. OF HOUSING, FOR COERCING, AND RETALIATION, AGAINST GRANTING, OWED MEDICAL ALLOWANCE BENEFITS, DOCTOR PRESCRIBED BY DR. ROBERT CZYZEWSKI & RAHWAY HOSPITAL DIETITIAN STAFF, TO AVOID FURTHER KIDNEY STONES, AND DANGEROUS HIGH CHOLESTEROL FOODS, WHICH HELPS TO AVOID HEART ATTACKS, HIGH BLOOD PRESURE; JEOPARDIZING AND KEEPING PLAINTIFFS LIFE AT RISK, WITHOUT AS BEING DONE BY DIV. OF HOUSING, THREATENING PLAINTIFF'S LIFE; AND STARVING PLAINTIFF TO DEATH slowly.
A VIOLATION OF THE FEDERALLY PROTECTED - FED. STATUTE 660 OF HEALTH & SAFETY. AND FEDERAL PROTECTED U.S. POLICY OF NONE TORTURE POLICY OF HUMANITY RIGHTS; AND FEDERALLY PROTECTED, UNDER SOCIAL SECURITY R-416.920(d) FOR NO AUTHORITY TO COERCE, A CONSPIRACY OF WORK ABILITIES OF COLLUSIVE LITIGATION, WITH PLAINTIFF ALREADY MANDATED RESULTS, OF DISABLE WITH DISABILITIES, SINCE 10-3-89, VIOLATING THIS FEDERALLY PROTECTED - SOCIAL SECURITY RULE 416.920(d) WHICH PROHIBITS DISCRIMINATION - AGAINST PLAINTIFF'S PERMANENT DIAGNOSIS, OF CONGENITAL MUSCULAR DYSTROPHY CMD-131 THAT CONFIRMS.
PURSUANT TO FED. R-8. A-3

PLAINTIFF DEMANDS RELIEF, FROM AVOIDANCE OF MEDICAL ALLOWANCE DIET INCREASE FEDERALLY PROTECTED UNDER FED. STATUTE 42 U.S.C. 201 - ENFORCING, FED. COURT R-8.(C) FOR PAYMENT; FROM $128.00, TO $300.00 MONTHLY. UNTIL PLAINTIFF IS AWARDED - ALL HIS CIVIL CLAIMS. ASAP. MANDATED BY THIS FED. STATUTE 42 U.S.C. 201 TO REVERSE - DENIAL - UNDER RULE 11 B-2. ALSO AND JUSTIFIED UNDER 28 U.S.C. § 1746 & VERIFIED Eric J Rhett

**eat· Academy of Nutrition**
**right. and Dietetics**

| Client Name | RHETT, ERIC | | Age: 56y | DOB: Feb-24-1957 | Gender: M |
|---|---|---|---|---|---|
| RD/DTR | MR#: 0384581 | Visit#: 110539002 | LOCATION: | 2-E 0233 - Bed 02 | |
| Email | ADMITTED 9/28/2013 1:29:00 PM | | DISCHARGED: | | (LOS =3 day |
| | DR: Czyzewski, Robert | | | | |

*Mh Rhett you must* (handwritten)

*AND Rahway Hospital STAFF* (handwritten)

# Nutrition Therapy to Reduce Cholesterol and Sodium

## Ways to Reduce Cholesterol

*Because of dangerous Congested Arteries Problems -* (handwritten)

*RAHWAY NJ · DEC 12 2014 · USPS-07065-9998* (postmark stamp)

- **Limit saturated fats and trans fats:**
  - Foods high in saturated fats include fatty meat, poultry skin, bacon, sausage, whole milk, cream, and butter.
  - Trans fats are found in stick margarine, shortening, some fried foods, and packaged foods made with hydrogenated oils.
  - Instead of butter or stick margarine, try reduced-fat, whipped, or liquid spreads.

- **Limit the amount of cholesterol that you eat to less than 200 milligrams (mg) per day.**
  - Foods high in cholesterol include egg yolks (one egg yolk has about 212 mg of cholesterol), fatty meat, whole milk, cheese, shrimp, lobster, and crab.

- **Limit the amount of sodium that you eat to less than 2,000 milligrams (mg) per day.**
  - It is good to select foods with no more than 140 mg per serving.
  - Foods with more than 300 mg sodium per serving may not fit into a reduced-sodium meal plan.
  - Remember to check serving sizes on the label. If you eat more than one serving, you will get more sodium than the amount listed.
  - Use caution when you eat outside of your home. Restaurant foods can be high in sodium, and you cannot always get information about this.

- **Limit the total amount of fat that you eat (including heart-healthy fats) to 25% to 35% of the calories that you eat.** If you should eat 2,000 calories per day, your fat intake can be between 50 grams (g) and 75 g per day.

- **Eat more omega-3 fats (heart-healthy fats):**
  - Good choices include salmon, tuna, mackerel, and sardines. Aim to eat fish twice a week.

*Copyright © Academy of Nutrition and Dietetics. This handout may be duplicated for client education.*

- o Other foods with omega-3 fats include walnuts and canola and soybean oils.
- o Flaxseed is another source of omega-3 fats. Have it as flaxseed oil or ground flaxseed.

- **Get 20 g to 30 g of dietary fiber per day:**
  - o Fruits, vegetables, whole grains, and dried beans are good sources of fiber:
    - Aim for 5 cups of fruits and vegetables per day.
    - Have 3 ounces (oz) of whole grain foods every day.

- **Plan to eat more plant-based meals, using beans and soy foods for protein.**
- **Talk with your dietitian or doctor about what a healthy weight is for you.** Set goals to reach and maintain that weight.
- **Talk with your health care team to find out what types of physical activity are best for you.** Set a plan to get about 30 minutes of exercise on most days.

## Ways to Reduce Sodium

- A low-sodium (salt) diet may help prevent build up of extra water in your body.
- This may be for high blood pressure, heart failure, kidney disease or other conditions in which swelling or fluid retention can occur.
- Even if you take a pill for blood pressure or a water pill (diuretic) to remove fluid, it is still important to have less salt in your diet.
- If you follow this diet strictly and avoid processed foods, the sodium content will be about 1500 mg/day. This will allow you to have about 1/8 tsp table salt to season your food. Use "lite" salt and you may have ¼ tsp.

**You should usually avoid these items:**
- **Salt** – ¼ teaspoon of table salt has almost 600 milligrams sodium.
- **Processed foods**—salt is added in large amounts to some regular foods. Examples are:
  - o canned foods—soups, stews, sauces, gravy mixes, and some vegetables

*Copyright © Academy of Nutrition and Dietetics. This handout may be duplicated for client education.*
Nutrition Therapy to Reduce Cholesterol and Sodium – Page 2

*10*

- o frozen foods—dinners, entrees, vegetables with sauces
- o snack foods—salted chips, popcorn, pretzels, pork rinds and crackers
- o packaged starchy foods—seasoned noodle or rice dishes, stuffing mix, macaroni and cheese dinner
- o instant cooking foods to which you add hot water and stir—potatoes, cereals, noodles, rice, etc.
- o Mixes—cornbread, biscuit, cake, pudding
- o meats and cheeses
  - deli or lunch meats—bologna, ham, turkey, roast beef, etc.
  - cured or smoked meats—corned beef, sausage of any kind (patty, link, Kielbasa, Italian, wieners or hot dogs), bacon
  - canned meats—potted meats, spreads, Spam®, Vienna sausage, etc.
  - cheeses—read labels and avoid those with more than 140 mg sodium per serving; examples are American cheese, Velveeta®, Cheez Whiz®, etc.

- **Condiments, Sauces and Seasonings**
  - o mustard, ketchup, salad dressings, bouillon cubes or granules
  - o sauces—Worcestershire, barbecue, pizza, chili, steak, soy or horseradish sauce
  - o meat tenderizer, monosodium glutamate
  - o any seasoning that has "salt" in the name or on the label;
    - avoid celery salt, garlic salt and onion salt; however, it is okay to have garlic or onion powder or flakes
    - read labels carefully—lemon pepper often has salt
  - o pickles and olives

## What can you use to season your food?

- Tart flavor—try lemon or lime juice, vinegar
- Hot flavor—peppers are low in sodium; hot sauce has salt, but if you use just a drop or two it will not add up to much
- Herbs and spices—onions, garlic, salt-free seasonings like Mrs. Dash®

*Copyright © Academy of Nutrition and Dietetics. This handout may be duplicated for client education.*
Nutrition Therapy to Reduce Cholesterol and Sodium – Page 3

C 11

# Recommended Foods

| Food Groups | Recommended Foods |
| --- | --- |
| **Milk** | **2 servings a day. 1 serving has about 150 milligrams (mg).**<br>Nonfat (skim), low-fat, or 1% fat milk<br>Nonfat or low-fat yogurt<br>Fat-free and low-fat cheese with less than 150 milligrams sodium per serving<br>Hard cheese, such as low-fat cheddar or mozzarella<br>Low-fat cottage cheese - ½ cup washed under cold water in a sieve to remove most of the sodium |
| **Meat and Other Protein Foods** | **3 servings a day. 1 serving has about 60 mg.**<br>Lean cuts of beef and pork (loin, leg, round, extra lean hamburger), skinless poultry, fish (3 oz cooked meat)<br>Venison and other wild game<br>Dried beans and peas<br>Nuts and nut butters<br>Egg whites or egg substitute<br><br>**Read all meat labels!** Many raw meats now have added broth with sodium salts that make the meat hold moisture and taste juicy and tender. Choose a product with less than 5% of the DV for sodium. |
| **Fruits and Vegetables** | **5 or more servings a day. 1 serving has only about 10 mg.**<br>Fresh, frozen, or canned vegetables without added fat or salt<br>Tomato or vegetable juice, canned, without salt<br>Tomatoes, tomato sauce, canned, without salt<br>Fresh, frozen canned, or dried fruit<br>Fruit juices |

*Copyright © Academy of Nutrition and Dietetics. This handout may be duplicated for client education.*
Nutrition Therapy to Reduce Cholesterol and Sodium – Page 4

| Food Groups | Recommended Foods |
|---|---|
| **Grains** | **5 servings a day. 1 serving has about 150 mg of sodium.**<br>Whole grain bread, rolls, pitas<br>low-sodium crackers, pretzels, and chips<br>**These foods have almost no sodium and do not need to be counted in the 5 servings per day:**<br>• shredded or puffed wheat, puffed rice<br>• cooked cereals—regular or quick, such as oatmeal<br>• brown rice<br>• whole grain pasta<br>• yeast bread made at home with no salt<br>Other ready-to-eat cereals with more than 5% DV for sodium – serving size is ½ cup (1 cup = 2 of your 5 servings/day) |
| **Others** | **Use small amounts.**<br>Unsaturated oils (olive, peanut, soy, sunflower, canola)<br>Soft or liquid margarines and vegetable oil spreads<br>Unsalted seeds and nuts<br>Avocado |

## Foods Not Recommended

| Food Group | Foods Not Recommended |
|---|---|
| **Grains** | Breads or crackers topped with salt<br>Cereals (hot or cold) with more than 300 mg sodium per serving<br>Biscuits, cornbread, and other "quick" breads prepared with baking soda<br>Bread crumbs or stuffing mix from a store (homemade can be okay if from a low-sodium recipe)High-fat bakery products, such as doughnuts, biscuits, croissants, danish pastries, |

*Copyright © Academy of Nutrition and Dietetics. This handout may be duplicated for client education.*<br>Nutrition Therapy to Reduce Cholesterol and Sodium – Page 5

*E 11*

| | pies, cookies<br>Snacks made with partially hydrogenated oils, including chips, cheese puffs, snack mixes, regular crackers, butter-flavored popcorn |
|---|---|
| **Fruits and Vegetables** | Fried fruits or vegetables<br>Fruits or vegetables prepared with butter, cheese, or cream sauce<br>Canned vegetables (unless they are salt free)<br>Frozen vegetables with sauces<br>Sauerkraut and pickled vegetables<br>Canned or dried soups (unless they are low sodium or salt free)<br>French fries and onion rings |
| **Milk** | Whole milk<br>2% fat milk<br>Whole milk yogurt or ice cream<br>Cream<br>Half-&-half<br>Cream cheese<br>Sour cream<br>Processed cheese and cheese |
| **Meat and Other Protein Foods** | Higher-fat cuts of meats (ribs, t-bone steak, regular hamburger)<br>Bacon<br>Sausage<br>Cold cuts, such as salami or bologna<br>Corned beef<br>Hot dogs<br>Organ meats (liver, brains, sweetbreads)<br>Poultry with skin<br>Fried meat, poultry, and fish<br>Whole eggs and egg yolks |
| **Fats and Oils** | Butter<br>Stick margarine<br>Shortening |

Copyright © Academy of Nutrition and Dietetics. This handout may be duplicated for client education.
Nutrition Therapy to Reduce Cholesterol and Sodium – Page 6

F 1√

| | |
|---|---|
| | Partially hydrogenated oils<br>Tropical oils (coconut, palm, palm kernel oils) |
| **Condiments** | Salt, sea salt, garlic salt<br>Seasoning mixes containing salt<br>Bouillon cubes<br>Catsup<br>Barbeque sauce<br>Worcestershire sauce<br>Soy sauce<br>Miso<br>Salsa<br>Pickles, olives, relish |
| **Alcohol** | Check with your doctor. Generally, do not have more than one drink per day<br>(1 drink = 5 ounces [oz] wine, 12 oz beer, or 1½ oz liquor) |

**Notes:**

Copyright © Academy of Nutrition and Dietetics. This handout may be duplicated for client education.

G 11

## Sample 1-Day Menu

| Meal | Food Choices |
|---|---|
| **Breakfast** | ½ cup apple juice<br>¾ cup oatmeal with 1 small banana and 1 cup skim milk<br>1 cup brewed coffee |
| **Lunch** | Turkey and cheese sandwich: 2 slices whole wheat bread, 2 oz lean deli turkey breast, 1 oz low-fat Swiss cheese, mustard, 1 medium sliced tomato, shredded lettuce<br>1 pear<br>1 cup skim milk |
| **Evening Meal** | 3 oz broiled fish<br>1 cup brown rice with 1 teaspoon soft margarine<br>1 medium stalk broccoli and 1 medium carrot<br>Tossed salad with mixed greens, tomatoes, chickpeas, and olive oil and vinegar dressing<br>1 small whole grain roll with1 teaspoon soft margarine<br>1 cup tea<br>½ cup nonfat frozen yogurt with fruit |
| **Snacks** | 1 oz trail mix made with nuts, seeds, raisins, and other dried fruit<br>1 cup blueberries<br>1 cup skim milk |

Notes:

*Copyright © Academy of Nutrition and Dietetics. This handout may be duplicated for client education.*
Nutrition Therapy to Reduce Cholesterol and Sodium – Page 8

RHETT VS HUDSON County CHILD Support UNIT, & LIABLE TREASURY DEPT.

H
12

ORIGINAL CLAIM: A 1983 Claim
PURSUANT TO FED. R-8.A-1
THE DISTRICT COURT HAS JURISDICTION UNDER THE FEDERAL
DEBT COLLECTION ACT OF 1982, AND UNDER-SECTION 1001 OF TITLE
18 OF THE UNITED STATES CODE, OF COMMITTING A FRAUDULENT
ACT, AND OR FORGERY-IN ADDITION; TO THE CIVIL RIGHTS ACT
OF 1871-FED STATUTE 440, BRING FORTH All ADDITIONAL STATUTE'S
UNDER FED STATUTE 890.

THE PLAINTIFF IS STATING A § 1983 CLAIM-AGAINST THE HUDSON
COUNTY CHILD SUPPORT UNIT, DKT. NO. 09-1931-90, OF April 27 2005,
FOR A VIOLATION OF THE FEDERALLY PROTECTED ACT, OF THE
NEGLIGENCE-COMPARATIVE NO FAULT ACT, AND FED-STATUTE 470
FOR JUDICIAL COURT EXTORTION; JUDICIAL COURT RACKETEERING,
AS THE STATUTE IS AMENDED UNDER 31 U.S.C. 3711 TO SUIT THE
VIOLATION, AND VIOLATING THE FEDERALLY PROTECTED ACT, OF THE
CONSUMER FRAUD ACT. BECAUSE ANY DEFENSE PARTY KNOWS
THE CHILD SUPPORT UNIT IS IN ERR- AND HAS TAKEN UNDER FALSE
AND FRAUDULENT TERMS. OF JUDICIAL ACT OF EMBEZZLEMENT A VIOLATION
OF FED. R-11.B-2 FOR AVOIDING FED. REVERSING-42 CFR. 405.841(C) FOR FRAUD
STATE COURT'S DISPOSITION MANDATED ORDER ON 4-27-05, VINDACATE'S
PLAINTIFF. FROM CHILD SUPPORT DEDUCTIONS, AND OR FROM OWING CHILD
SUPPORT PERIOD. ACCORDINGLY TO PLAINTIFF'S ONSET ACTUAL DISABLE-
DISABILITY DATE OF 10-3-89. BUT VIOLATED THE FEDERALLY PROTECTED
FED-STATUTE 890 BRING FORTH-STATUTE 5 U.S.C. § 706(2), FOR TAKING
PLAINTIFF'S FEDERAL & STATE TAX REFUNDS, & ENFORCING TO MAKE UNLAWFUL
PAYMENTS, All WHICH TOOK PLACE AFTER 10-3-89.- PLAINTIFF HAS BEEN
DIAGNOS WITH, CONGENITAL MUSCULAR DYSTROPHY CMD-131, A LIFE TIME
INCAPACITY CONDITION. SINCE 10-3-89, WHERE FEDERALLY PROTECTED STATUTE
446 OF ADA-ACT WAS VIOLATED, BECAUSE IT PROHIBITED Also, NO INTERFERENCE
WITH DEDUCTIONS OF ANY SORT

PURSUANT TO FED. R-8. A-3
THE PLAINTIFF DEMANDS TO BE REIMBURSED IN AMOUNT OF $ 3,299.00,
UNDER FEDERALLY PROTECTED-FED. STATUTE 5 U.S.C. § 706(2) WHICH SETS
ASIDE ANY OPPOSITION DEFENSE, AS UNLAWFUL-FOR AIDING, FRAUD & FORGERY
& EXTORTION. UPON WHICH RELIEF IS GRANTED, AND AFFIRMATIVE DEFENSE
FED. C. RULE 8.C FOR PAYMENT
AND JUSTIFIED UNDER 28 U.S.C. § 1746 & VERIFIED Eric J. Rhett

RHETT vs (LANDLORD) JOSEPH SINISI                    13

ORIGINAL CLAIM: A 1983 CLAIM
THE DISTRICT COURT HAS JURISDICTION UNDER THE UNITED
STATES HOUSING ACT OF 1937 (42 U.S.C. 1437 et seq.)
TITLE VI OF THE CIVIL RIGHTS ACT OF 1964; - 42 U.S.C. 2000d,
AND UNDER THE FAIR HOUSING ACT (42 U.S.C. 3601-19),
IN ADDITION-TO THE HOUSING & COMMUNITY DEVELOPMENT ACT,
OF 1987 - 42 U.S.C. 3543 - HUD, 42 U.S.C. 3532.,

THE PLAINTIFF IS STATING A §1983 CLAIM: AGAINST LANDLORD
JOSEPH SINISI, FOR BUILDING NEGLIGENCE - 2A: 15-5.2(6)
ON A STRICT LIABILITY CLAIM; FOR PERSONAL INJURY DAMAGES;
A VIOLATION OF THE FEDERALLY PROTECTED STATUTE 360, AND
VIOLATING FEDERAL PROTECTED STATUTE 380, FOR DESTROYING
PERSONAL FOOD PROPERTY.
ON OR ABOUT MID.YEAR OF 2005, FOLLOWING NEXT DOOR BUILDING,
COLLAPSE, THAT SEVERELY DAMAGE LANDLORD BUILDING AT 195 W.
MAIN. ST. DESTOYED WINTER PROTECTION WALL OF THE BUILDING
STRUCTURE TOTALLY - MAINLY-SIDE OF PLAINTIFF'S BEDROOM, EXPOSING
PLAINTIFF TO LIFE THREATENING HYPOTHERMIA CONDITIONS., FOR
AT LEASE 6 MONTHS.
VIOLATING THE FEDERALLY PROTECTED - FED. STATUTE 443 HOUSING
REPAIR ACCOMMODATIONS,
PLAINTIFF DEMANDS TO BE COMPENSATED FOR PAIN & SUFFERING,
IN AMOUNT OF $300.00; +
IN ADDITION ON 8-27-05, LANDLORDS APT. 5, TOILET MALFUNCTION,
SENDING WASTE WATER DOWN INTO PLAINTIFF'S APT. DESTORYING
ALL PERSONAL FOOD PRODUCTS IN CABNETS., IN THE AMOUNT
OF $150.00.
VIOLATING THE FEDERALLY PROTECTED - FED. STATUTE 440, AND FED.
COURT R-8.(C) OF CONTRIBUTORY NEGLIGENCE + 2A: 15-5.2(6) OR
STRICT, COMPARATIVE FAULT ACT, UPON WHICH MONEY DAMAGES
ARE AWARDED UNDER.

AND JUSTIFIED UNDER 28 U.S.C. §1746 + VERIFIED Emily Rhett

13
14

RHETT VS FREDA JEAN RHETT

ORIGINAL CLAIM: A 1983 CLAIM
PURSUANT TO FED. R-8-1
THE DISTRICT COURT HAS JURISDICTION - UNDER THE CIVIL RIGHTS
ACT OF 1871 - AND UNDER FEDERAL DEBT. COLLECTION ACT
OF 1982 - , AND COMPARATIVE NEGLIGENCE ACT - 2A:15-5.2(G),

THE PLAINTIFF IS STATING A § 1983 CLAIM - AGAINST FREDA
J. RHETT, FOR A VIOLATION OF THE FEDERALLY PROTECTED - FED. STATUTE 850,
OF - SECURITIES, OF THE LATE THELMA RHETT JACKSON - WHO DIED ON
JUNE 1, 2002, WHO LEFT FREDA J. RHETT, AS THE OVERSEER; - FOR NOT
UPHOLDING HER, SUPPOSE TO BE LOYAL OBLIGATIONS - TO DISTRIBUTE TO **PROVE**.
ON OR ABOUT, 2-14-15, EXECUTIVE OF THE ESTATE, LIVING
TRUST, WILL AND CERTIFICATE OF DEATH, ETC. AI: FREDA
RHETT FOLLOWED A CHECK TO PLAINTIFF, WHICH REMAINS
UNCASHED. BUT WITHOUT PROPER VERIFICATION DOCUMENTS
TO VERIFY, AMOUNT OF CHECK, TO BE CONFIRMED; AS OWED
TO ERIC J. RHETT A GENUINE BENEFICIARY OF THE WILL.
ESTATE + LIVING TRUST ETC. ALL. TO COLLECT. -
AND VIOLATING, THE FEDERALLY PROTECTED - FED. STATUTE 875 -
12 U.S.C. 3410, OF CUSTOMER CHALLENGE; FOR REFUSING TO
ALLOW A THOROUGH REVIEW OF - NEEDED DOCUMENTS TO SOLVE
PURSUANT TO FED. R-8-4-3
THE PLAINTIFF DEMANDS REVIEW OF, DECEASED - SECTION OF SCHEDULE A
OF THE LIVING TRUST., WILL, AND BANK ACCOUNT STATEMENT RETROACTIVELY
7 WEEKS, BEFORE THE DEATH OF THE DECEASED - ASAP.
PLAINTIFF IS FEDERALLY PROTECTED FROM ANY COST - REGARDLESS, BECAUSE
DEFENDANT **NEVER DID PRODUCE THESE** DOCUMENTS FROM THE START,
PLAINTIFF PROTECTED, UNDER THE COMPARATIVE - NO FAULT ACT 2A:15-5.2(20,
AND - VIOLATION OF FEDERALLY PROTECTED - FED. STATUTE 890 - BRING FORTH FED.
STATUTE 5 U.SC. § 706(2) BECAUSE ANY DEFENSE, IS NOT ACCEPTABLE; AND IS
HELD UNLAWFUL. ALLOWING REVIEW OF ABOVE DOCUMENTS. UPON WHICH
RELIEF IS GRANTED + UNDER FEDERALLY PROTECTED - FED. STATUTE 42 CFR-405.841(C)
TO CORRECT WHAT IS IN ERR - ; PURSUANT TO FED. C. RULE 14. C-2(i) BEFORE A
FED. JUDGE
AND JUSTIFIED UNDER 28 U.S.C. § 1746 · VERIFIED, Eric J. Rhett

RHETT VS DR. MONICA MEHTA M.D                    14
                                                 15

ORIGINAL CLAIM: A 1983 CLAIM
PURSUANT TO FED. R-8(A-1)
THE DISTRICT COURT HAS JURISDICTION-UNDER THE FEDERAL
DEBT. COLLECTION ACT OF 1982, AND CIVIL RIGHTS ACT OF
1871-FED-STATUTE 440; AND UNDER THE SECTIONS OF 1140
AND 1129 OF THE SOCIAL SECURITY ACT.

ANYTHING LESS THAN ONE YEAR OR MORE INDICATED-IS FRAUD
THE PLAINTIFF IS STATING A §1983 CLAIM-AGAINST DR. MONICA
MEHTA M.D FOR VIOLATION OF THE FEDERALLY PROTECTED-FED.,
STATUTE 362, FOR MEDICAL MALPRACTICE & FAILURE TO DIAGNOS
AS A WHOLE ON THE WFNJ-55 MED FORM; DATED 6-20-00.,
AND THEN VALID ON THE VERIFICATION OF DISABILITY MED.
FORM DATED 6-20-00 INDICATING-INDEFINITE INCAPACITY
DISABILITY STATUS;
WHERE DR MEHTA'S MEDICAL MALPRACTICE CONDUCT-2A:15-5.2(7)
VIOLATES THE FEDERALLY PROTECTED ACT, OF THE COMPARATIVE
NEGLIGENCE ACT; BECAUSE MED. FRAUD WAS COMMITTED-
CLAIM MAYBE PARTIALLY DIMINISHED PENDING-THE SOCIAL SECURITY
ADM. REVERSE THERE FINDING'S ABOUT PLAINTIFF, THEN FINDING
PLAINTIFF DISABLE W DISABILITIES, OF PLAINTIFF'S ACTUAL LIFE TIME
INCAPACITY STATUS., BUT STILL
A VIOLATION OF THE FEDERALLY PROTECTED-SOCIAL SECURITY RULE
498.103 MANDATING SUIT JUSTIFIED, FOR MEDICAL PENALTY
AND VIOLATING THE FEDERALLY PROTECTED-FED STATUTE 690, FOR A
MALPRACTICE VIOLATION PENALTY-UPON WHICH AWARDING
RELIEF IS GRANTED.

PLAINTIFF DEMANDS TO BE AWARDED $1,000.000.00 IN PAIN+SUFFERING
MENTAL & PHYSICAL DAMAGES, SINCE DAY OF MED. FRAUD COMMITTED.
VIOLATING-FEDERALLY PROTECTED FED. STATUTE 890-BRING FORTH
FED. STATUTE 5 U.S.C. §706(2) AND SETTING ASIDE ANY DEFENSE,
FOR AVOIDANCE OR REWARDING CLAIM-OWED-FED RULE 8.(C), ELIMINATING
ANYTIME PERIOD; PURSUANT TO R-16 C(2;); R.16.A.5;
AND DEMAND FOR JURY TRIAL-RULE 38.1

AND JUSTIFIED UNDER 28 U.S.C. §1746 · VERIFIED Emily Rhett

RHETT VS. DR. HOWARD PECKER MD    15
         ATTORNEY HUGH P. FRANCIS ESQ    16

ORIGINAL Claim: A 1983 Claim
PURSUANT TO FED. R. 8. (A-1)
THE DISTRICT COURT HAS JURISDICTION-UNDER THE FEDERAL
DEBT COLLECTION ACT OF 1982, AND civil RIGHTs Act OF 1871-
FED. STATUTE 440; AND UNDER THE SECTIONS OF 1140, AND
1129 OF THE Social SECURITY ACT.

ANYTHING lESS THAN ONE YEAR OR MORE INDICATED IS FRAUD.
    THE PlAINTIFF IS STATING A 1983 Claim - ABAINST DR. HOWARD
PECKER, FOR VIOLATION OF THE FEDERALly PROTECTED - FED.
STATUTE 362 FOR MEDICAL MALPRACTICE, + FAILURE TO DIAGNOS
PROPERly ON THE WFNJ-55 MED. FORMS, DATED 10-26-98,
12-9-98, AND 1-6-99; WHICH MEDICALly REQUIRES, A TOTAL
AND THOROUGH-EXAMINATION OF All PATIENTS-INJURIES-IMPAIRMENTS.,
WHEN MEDICALly-MAKING A DETERMINATION ON ONE'S ABILITY
IN All AREA'S OF THE BODy.-
WHERE DR PECKER'S INTENTIONAl MALPRACTICE CONDUCT-
2A:15-5.2(9) VIOLATING THE FEDERAlly PROTECTED-ACT, OF THE
COMPARATIVE NEGLIGENCE ACT, FOR COMMITTING THIS MALPRACTICE
VIOLATION THREE TIMES-AFTER BEING WARNED By PlAINTIFF-ON
SECOND EXAMINATION - THAT HE HAS OTHER IMPAIRMENTS FOR LIFE.,
WHICH DOES NOT AllOW-DiMINISHING-DEDUCTIONS, BECAUSE IT IS &
WAS AN INTENTIONAl VIOLATION OF MEDICAl FRAUS - VIOLATING THE
FEDERAlly PROTECTED ACT OF, STRICT LIABILITY-2A;15-5.2(6) OF COMPARATIVE
NEGLIGENCE ACT. WHICH UPHOLDS THE SUING AMOUNT OF DAMAGE AWARD.
AND VIOLATING THE FEDERAlly PROTECTED-SSR-498.103 MANDATING
SUIT JUSTIFIED FOR MEDICAl PENALTY; AND VIOLATING THE
FEDERAlly PROTECTED-FED. STATUTE 690; FOR A MEDICAl MALPRACTICE
VIOLATION PENAlTy All upon WHICH AWARDING RELIEF IS GRANTED
OWED-
PlAINTIFF DEMANDS TO BE AWARDED $1,000,000.00 IN PAIN & SUFFERING -
MENTAl & PHYSICAL DAMAGES, SINCE DAY OF MED. FRAUD COMMITTED.
AND VIOLATING, THE FEDERAlly PROTECTED STATUTE-42 CFR-405.841(C)
RULING OUT ANY TIME PERIOD LIMITATION - BECAUSE OF FRAUD TO CORRECT;
RULE 16.(2-I); 16.(A-5); AND DEMAND FOR JURY TRIAL-R. 38.1
AND JUSTIFIED UNDER 28 U.S.C. §1746 a VERIFIED Eric J. Rhett

RHETT VS DR. FADI J. BEJJANI MD.                                                    16
                                                                                   '17

ORIGINAL CLAIM: A 1983 CLAIM
PURSUANT TO FED. R. 8. (A-1)
THE DISTRICT COURT HAS JURISDICTION-UNDER THE FEDERAL
DEBT COLLECTION ACT OF 1982, AND CIVIL RIGHTS ACT OF
1871-FED. STATUTE 440; UNDER THE SECTIONS OF 1140, AND
1129 OF THE SOCIAL SECURITY ACT.

ANYTHING LESS THAN ONE YEAR OR MORE INDICATED IS FRAUD.
THE PLAINTIFF IS STATING A § 983 CLAIM-AGAINST DR. FADI J.
BEJJANI FOR VIOLATING OF THE FEDERALLY PROTECTED-FED.
STATUTE 362, FOR MEDICAL MALPRACTICE & FAILURE TO DIAGNOS
PROPERLY-REGARDING PLAINTIFF'S, STRENGTH & GRIP OF LEFT FOUR
ARM, WITH TWO PINS & 9" PLATE, AND WHO UP GRADED RIGHT
SHOULDER'S ABILITY-TO BE BETTER, THEN IT REALLY IS., AND GAVE
MORE CERVICAL SPINE ROTATION-THEN WHAT IT REALLY IS (NECK).
WHO THEN, INDICATES FRAUDULENT BY USING THE WORD-CURRENTLY
THAT THE PLAINTIFF-THIS PATIENT IS CURRENTLY PERMANENTLY AND
TOTALLY DISABLE, BECAUSE OF BOTH ORTHPAEDIC & PSYCHIATRIC
AILMENTS:
VIOLATING THE FEDERALLY PROTECTED-ACT OF COMPARATIVE NEGLIGENCE
ACT, 2A:15-5.2(7) FOR PARTIALLY COMMITTING-MEDICAL FRAUD.,
BECAUSE PLAINTIFF'S ONSET ACTUAL DISABLE-DISABILITY DATE IS
10-3-89; RULING OUT THE WORD CURRENTLY ON HIS-MARCH
26, 2002 MEDICAL FINDINGS. AND FINDING THAT INDICATION TO
BE A FRAUD-BECAUSE THEREAFTER, PLAINTIFF HAS BEEN OFFICIALLY-
DIAGNOS, WITH CONGENITAL MUSCULAR DYSTROPHY CMD-131 A LIFE
TIME INCAPACITY CONDITION & DURATION.-CLAIM MAY BE PARTIALLY DEDUCTED,
PENDING-SOCIAL SECURITY ADM. REMOVES THE WORD CURRENTLY;
AND VIOLATING, FEDERALLY PROTECTED-STATUTE 890, BRING FORTH
5 U.S.C. §706(2) SETTING ASIDE ANY DEFENSE; AND-42 CFR.405.-
841(C) TAKES AUTHORITY-FOR FRAUD; AND TO CORRECT.
PLAINTIFF DEMANDS TO BE AWARDED $1,000,000.00 IN PAIN & SUFFERING
DAMAGES., PURSUANT TO R-16-(C2 J) & R-16.(A-5) AND DEMAND FOR
JURY TRIAL-R-38.1
AND JUSTIFIED UNDER 28 U.S.C §1746 & VERIFIED Eric J. Rhett

RHETT VS GEORGE & LUCYAMMA THALODY                    IT

18

ORIGINAL Claim: A 1983 Claim
PURSUANT TO FED. R-8.(A-1)
THE DISTRICT COURT HAS JURISDICTION-UNDER THE FEDERAL
DEBT Collection ACT OF 1982, AND CIVIL RIGHTS ACT OF 1871;
FED. STATUTE 440; AND UNDER THE SECTIONS OF 1140 AND
1129 OF THE SOCIAL SECURITY ACT.

ANYTHING LESS THAN ONE YEAR OR MORE INDICATED IS FRAUD.
THE PLAINTIFF IS STATING A § 1983 Claim-AGAINST DR GEORGE
THALODY M.D. FOR VIOLATING THE FEDERALLY PROTECTED-FED.
STATUTE 362, FOR MEDICAL MALPRACTICE; A FAILURE TO RUN-NECK;
PLAINTIFF'S-DIAGNOS; OF DEGENERATIVE ARTHRITIS-SPINAL STYNOSIS
CERVICAL SPINE & DEGENERATIVE DISC DISEASE; WHICH IS
CONGENITAL MUSCULAR Dystrophy CMD-131; OF A DISLOCATED
RIGHT SHOULDER AT THE AC JOINT; AND 9" PLATE AND TWO-PINS
LEFT FOUR ARM.; CONCURRENT WITH THE PROPER REQUIRED
MEDICATIONS PRESCRIBED BY DR THALODY-FOR A IRREMEDIABLE
ARTHRITIS AND DETERIORATING CONDITION FOR LIFE.; SUCH AS
NABUMETONE; SKELAXIN, HYDROCODONE AND PROPOXYPHON OR
ABOUT 8-22-03 PRESCRIBED; AND THEN INDICATE ON HIS MEDICAL
EVALUATION REPORT, THAT PLAINTIFF INCAPACITY DURATION, NOT
PERMANENT-WHEN IT ABSOLUTEly IS;
AND VIOLATING THE FEDERALLY PROTECTED-U.S. CONGRESSIONAL
JUDICIARY ACT OF 1789 - FOR NOT REPORTING UNDER FACTS,
THAT THE PLAINTIFF'S CONDITION-IS PERMANENTLY CONSTANT, WITH
THE LIFE TIME TREATING PRESCRIBED MEDS.
AND VIOLATED THE FEDERALLY PROTECTED ACT, OF THE COMPARATIVE
NEGLIGENCE ACT 2A:15-5.2 (7) THIS CLAIM CAN BE DEDUCTED-PENDING
THE SOICAL SECURITY ADM. REVERSE THERE FINDING'S-ABOUT DR.THALODY
TO FAVOR PLAINTIFF LIFE TIME INCAPACITY CONDITION.
VIOLATING FEDERALLY PROTECTED-STATUTE 890 BRING FORTH-FED. STATUTE
5 U.S.C. § 706(2) AND SETTING ASIDE ANY DEFENSE, FOR AVOIDANCE OF
REWARDING CLAIM OWED-FED.C.R-8.(C) NOT ALLOWED. VIOLATED
FED. PROTECTED STATUTE 42 CFR.405, § 41(C) FOR FRAUD.
PLAINTIFF DEMANDS TO BE AWARDED $1,000,000.00-IN PAIN & SUFFERING
DAMAGES; PURSUANT TO R-16.(C-2;)-(A-5) AND DEMAND FOR JURY TRIAL R-38.1
AND JUSTIFIED UNDER 28 U.S.C. § 1746 & VERIFIED Emily Rhett

RHETT vs. DR. DOUGLAS J. BRADLEY M.D                    18.
                                                        19

ORIGINAL CLAIM: A 1983 CLAIM
PURSUANT TO FED. R. 8 (A-1)
THE DISTRICT COURT HAS JURISDICTION - UNDER THE FEDERAL
DEBT COLLECTION ACT OF 1982, CIVIL RIGHTS ACT OF 1871 -
FED - STATUTE 440; AND UNDER THE SECTIONS OF 1140, AND
1129 OF THE SOCIAL SECURITY ACT.

- ANYTHING LESS THAN ONE YEAR OR MORE INDICATED IS FRAUD -
THE PLAINTIFF IS STATING A 1983 CLAIM - AGAINST DR BRADLEY
FOR VIOLATION OF THE FEDERALLY PROTECTED - FED STATUTE 362
FOR MEDICAL MALPRACTICE & FAILURE TO DIAGNOS PROPERLY
ON THE WFNJ-5S MED. FORM - DATED 3-3-99 -
WHICH MEDICALLY REQUIRES, A TOTAL AND THOROUGH - EXAMINATION
OF ALL PATIENTS - INJURIES - IMPAIRMENT - WHEN MEDICALLY
MAKING A DETERMINATION ON ONES ABILITY - IN ALL AREA'S
OF THE BODY -
WHERE DR. BRADLEYS, MEDICAL MALPRACTICE CONDUCT
2A: 15 - 5.2(7) VIOLATE'S THE FEDERALLY PROTECTED ACT., OF THE
COMPARATIVE NEGLIGENCE ACT, BECAUSE MEDICAL FRAUD WAS
COMMITTED - CLAIM MAYBE PARTIALLY DIMINISHED PENDING.,
ON, IF ANY - OTHER MEDICALLY REPORTS BY DR. BRADLEY
THAT FAVOR'S PLAINTIFF'S ACTUAL LIFE TIME INCAPACITY STATUS, BUT STILL -
A VIOLATION OF THE FEDERALLY PROTECTED - SOCIAL SECURITY RULE
498.103, MANDATING SUIT JUSTIFIED FOR MEDICAL PENALTY
AND VIOLATING THE FEDERALLY PROTECTED - FED. STATUTE 690,
FOR A MEDICAL MALPRACTICE VIOLATION PENALTY - UPON WHICH
AWARDING RELIEF IS GRANTED

PLAINTIFF DEMANDS TO BE AWARDED $1,000.000.00 - IN PAIN - SUFFERING DAMAGES
SINCE DAY OF MED. FRAUD COMMITTED,
VIOLATING FEDERALLY PROTECTED FED. STATUTE 890 - BRING FORTH - FED. STATUTE
5 U.S.C. 706 (2) AND SETTING ASIDE ANY DEFENSE, FOR AVOIDANCE OF
REWARDING CLAIM - OWED - FED. RULE 8.C, NOT ALLOWED: VIOLATING
FED. PROTECTED STATUTE 42 CFR. 405, 841(C) FOR FRAUD - ELIMINATING
ANY TIME PERIOD: PURSUANT TO R. 16 (C 2; ) & R. 16. (A-5)
AND DEMAND FOR JURY TRIAL - RULE 38. 1
AND JUSTIFIED UNDER 28 U.S.C. 1746 & VERIFIED  GM J. Rhett

RHETT VS CASEWORKER FREEMAN-DIV. HOUSING & DCA          19.
EXHIBIT EVIDENCE & PROOF IS ATTACHED.                   20
ORIGINAL Claim: A 1983 CLAIM.
PURSUANT TO FED. R-8. A-1
THE DISTRICT COURT HAS JURISDICTION UNDER THE FEDERAL
DEPT. OF HOUSING & URBAN DEVELOPMENT - HUD - 42 U.S.C
3532, AND U.S. HOUSING ACT OF 1937 - 42 U.S.C. 1437
eT. Seq,.
ON 2-24-16., STATE CASEWORKER; DURING RECERTIFICATION.,
MS. FREEMAN Committed IDENTITY FRAUD., WHERE SHE
PERSONALLY SIGNED AND DATED - TENANTS INFORMATION FORM,
OF ALL PAGES. WHICH IS NOT THE TRUE IDENTITY OF ERIC
J. RHETT. ABOVE. AS A WHITE MALE; AND NOT DISADIE W DISABILITIES
PLAINTIFF IS STATING A 1983 CLAIM - AGAINST STATE
CASEWORKER - FREEMAN. FOR COERCING, AND FORCING
A FALSE TENANT INFORMATION Application - ON 2-24-16.,
AND FORGERY - FOR FORGING, PLAINTIFF'S SIGNATURE ON
THAT Application. VIOLATING THE FEDERALLY PROTECTED
CONSUMER FRAUD ACT, THAT PROHIBITS, FRAUDULENT
ACTS; AND OR ACTS THAT CHEATS ONES FINANCIAL ELIGIBILITY
AND THIS, INTENTIONAL NEGLIGENCE CONDUCT., OF 2A:15-5.2 (9)
VIOLATE'S - THE FEDERAL PROTECTED STATUTE 875, CUSTOMER
CHALLENGE - 12 USC 3410, BRING FORTH A CHALLENGING
RIGHT., TO REVIEW THE ACTUAL - TENANT INFORMATION
FORM DATED 2-24-16. AND 12-7-15 IN PLAINTIFF'S FILE.,
BEFORE A FEDERAL COURT JUDGE, PURSUANT TO FED. COURT
Rule 16. (C-2F), (C-2i) · Rule 16. (b-b) SHOWING EVIDENCE
By BOTH PARTIES... EX PARTE, AND EXPEDITING THE TRUTH.
PURSUANT TO FED. Rule 8. A-3
THE PLAINTIFF DEMANDS., THAT THIS FRAUDULENT
DOCUMENT., BE CORRECTED, PURSUANT TO FEDERALLY
PROTECTED STATUTE 890, BRING FORTH, CORRECTING
FEDERAL STATUTE 42 CFR · 405 . 841 (C), UPON WHICH CORRECTION
BELIEF IS GRANTED. - PROTECTING PLAINTIFF TRUE - STATUS. ETC.
AND NOT ALLOW PLAINTIFF FRAUDULENT IDENTITY. TO BE USED, BY DEFENDANTS.
IN ORDER TO RECEIVE RENTAL PAYMENTS., FROM ANY OWING INSURANCE
COMPANY OR OTHER OWING PARTY. VIOLATING THE FEDERALLY PROTECTED
U.S. TITLE AND CODE OF THE FEDERAL SECTION OF 1001, OF TITLE 18 OF THE
U.S. CODE. AND RULING OUT ANY COURT COST, BY PLAINTIFF - BECAUSE
FED - 42 CFR · 405 . 841 (C) REVERSE'S COURT FEE'S UPON DEFENDANTS. FOR
FRAUD. AND JUSTIFIED UNDER 28 U.S.C. §1746    Eric J. Rhett

# TENANT INFORMATION FORM

*Evidence of*
*False identity*

*20 A*

**Tenant ID ECS147**

Please review and complete this form. This information will help us determine your assistance.

| | |
|---|---|
| Head of Household | Eric J. Rhett |
| Unit Address | 195 W Main Street Apt 2 |
| Unit City, State, ZIP | Rahway, NJ 07065 |
| Mailing Address (if different than above) | 195 W Main Street   Apt 2 |
| | Rahway, NJ  07065 |

Telephone Number:  none     ☐ Home ☐ Work ☐ Cell ☐ Other_____

Telephone Number:     ☐ Home ☐ Work ☐ Cell ☐ Other_____

E-mail Address     ☐ I would like to receive correspondence via e-mail.

## Part 1: Household Information

Indicate the current status of <u>all</u> adults and children that will live in the housing unit to be assisted. Add new members in the space provided below, including the full Social Security Number for each. Enter one of the following codes in box 6 to identify the relationship of each new adult and child listed.

H = Head of Household    K = Co-Head (Not Married)    Y = Youth Under 18    L = Live-in Aide
S = Spouse (Married)    F = Foster Child/Adult    E = Full Time Student Over 18    A = Other Adult

| 1. Last Name & Sr, Jr, etc. | 2. First Name | 3. MI | 4. Date of Birth | 5. Sex | 6. Relation | 7. Disabled |
|---|---|---|---|---|---|---|
| **Rhett** | **Eric** | **J** | **02/24/1957** | ☒ M ☐ F | **H** | ☐ Yes ☒ No |
| 8. Ethnicity (Check One Box)<br>☐ Hispanic/Latino ☒ Not Hispanic/Latino | 9. Race (Check All That Apply)<br>☒ White ☐ American Indian/Alaska Native ☐ Native Hawaiian/Other Pacific Islander<br>☐ Asian ☐ Black/African American | | | 10. Social Security Number<br>***-**-5792 | | 11. Living in Household<br>☐ Yes ☐ No |
| 1. Last Name & Sr, Jr, etc. | 2. First Name | 3. MI | 4. Date of Birth | 5. Sex<br>☐ M ☐ F | 6. Relation | 7. Disabled<br>☐ Yes ☐ No |
| 8. Ethnicity (Check One Box)<br>☐ Hispanic/Latino ☐ Not Hispanic/Latino | 9. Race (Check All That Apply)<br>☐ White ☐ American Indian/Alaska Native ☐ Native Hawaiian/Other Pacific Islander<br>☐ Asian ☐ Black/African American | | | 10. Social Security Number | | 11. Living in Household<br>☐ Yes ☐ No |
| 1. Last Name & Sr, Jr, etc. | 2. First Name | 3. MI | 4. Date of Birth | 5. Sex<br>☐ M ☐ F | 6. Relation | 7. Disabled<br>☐ Yes ☐ No |
| 8. Ethnicity (Check One Box)<br>☐ Hispanic/Latino ☐ Not Hispanic/Latino | 9. Race (Check All That Apply)<br>☐ White ☐ American Indian/Alaska Native ☐ Native Hawaiian/Other Pacific Islander<br>☐ Asian ☐ Black/African American | | | 10. Social Security Number | | 11. Living in Household<br>☐ Yes ☐ No |
| 1. Last Name & Sr, Jr, etc. | 2. First Name | 3. MI | 4. Date of Birth | 5. Sex<br>☐ M ☐ F | 6. Relation | 7. Disabled<br>☐ Yes ☐ No |
| 8. Ethnicity (Check One Box)<br>☐ Hispanic/Latino ☐ Not Hispanic/Latino | 9. Race (Check All That Apply)<br>☐ White ☐ American Indian/Alaska Native ☐ Native Hawaiian/Other Pacific Islander<br>☐ Asian ☐ Black/African American | | | 10. Social Security Number | | 11. Living in Household<br>☐ Yes ☐ No |
| 1. Last Name & Sr, Jr, etc. | 2. First Name | 3. MI | 4. Date of Birth | 5. Sex<br>☐ M ☐ F | 6. Relation | 7. Disabled<br>☐ Yes ☐ No |
| 8. Ethnicity (Check One Box)<br>☐ Hispanic/Latino ☐ Not Hispanic/Latino | 9. Race (Check All That Apply)<br>☐ White ☐ American Indian/Alaska Native ☐ Native Hawaiian/Other Pacific Islander<br>☐ Asian ☐ Black/African American | | | 10. Social Security Number | | 11. Living in Household<br>☐ Yes ☐ No |
| 1. Last Name & Sr, Jr, etc. | 2. First Name | 3. MI | 4. Date of Birth | 5. Sex<br>☐ M ☐ F | 6. Relation | 7. Disabled<br>☐ Yes ☐ No |
| 8. Ethnicity (Check One Box)<br>☐ Hispanic/Latino ☐ Not Hispanic/Latino | 9. Race (Check All That Apply)<br>☐ White ☐ American Indian/Alaska Native ☐ Native Hawaiian/Other Pacific Islander<br>☐ Asian ☐ Black/African American | | | 10. Social Security Number | | 11. Living in Household<br>☐ Yes ☐ No |

© 1997 - 2014 HAPPY Software, Inc.

RHETT VS SUPERVISOR DEE PEREZ & STAFF OF PROCEED INC.    21

ORIGINAL CLAIM:
THE DISTRICT COURT HAS JURISDICTION - UNDER THE UNITED STATES
HOUSING ACT OF 1937 (42 U.S.C. 1437 et seq.) TITLE VI OF
THE CIVIL RIGHTS ACT OF 1964. AND HOUSING & COMMUNITY
DEVELOPMENT ACT OF 1987 (42 U.S.C. 3543) - HUD 42 U.S.C. 3532.

THE PLAINTIFF IS STATING A §1983 CLAIM - AGAINST STATE
SUPERVISOR OF PROCEED INC. - DEE PEREZ, FOR VIOLATING
THE FEDERALLY PROTECTED DISABILITY ACT OF STATUTE 446
THE AMERICANS WITH DISABILITIES ACT - FOR COERCING - THAT
THE DISABLE PLAINTIFF MUST PERFORM THE IMPOSSIBLE, AND
PRODUCE A VERIFYING FOOD PANTRY LETTER - IN WHICH THE
FOOD PANTRY DOESN'T PROVIDE ANYMORE, PER NEW STAFF;
RESULTING TO PLAINTIFF'S USF & UTILITY BENEFITS BEING
DELAYED UNDER FALSE PRETENSES - SINCE 10-2015, CAUSING
A NO FAULT, ACCUMULATION OF PLAINTIFF'S UTILITY BILL SINCE 10-2015,
WITH DEE PEREZ AT FAULT. VIOLATING THE FEDERALLY PROTECTED
COMPARATIVE NO FAULT ACT - 2A:15-5.2(20) AND WHO VIOLATED
THE FEDERALLY PROTECTED - STATUTE 875 - CUSTOMER CHALLENGE -
12 U.S.C. 3410 - FOR NOT INVESTIGATING, AND NOT AIDING THE
PLAINTIFF - IN AN ATTEMPT TO RETRIEVE AS A STATE OFFICIAL.
AND VIOLATING THE FEDERALLY PROTECTED - CONSUMER FRAUD
ACT, FOR NOT PROVING WITH FACTS, BEFORE HOLDING UP PLAINTIFFS
UTILITY BENEFITS - BY CALLING PANTRY OR OTHERWISE CONTACT THE
PANTRY BY MAIL.
AND VIOLATING - FEDERALLY PROTECTED STATUTE 890 BRING FORTH,
SOCIAL SECURITY RULE 498.106 (0-5) FORBIDS ANY PARTY TO PUT
PLAINTIFF IN A SITUATION - KNOWING PLAINTIFF CANNOT PAY, AND DISABLE
AND CANNOT WORK ANYMORE. - PER FEDERALLY PROTECTED - SOCIAL
SECURITY R - 416.920(d) EVEN WITHOUT - DISABILITY - DISABLE BENEFITS YET.

PLAINTIFF DEMANDS, FOR DEE PEREZ & STAFF, RETROACTIVELY - SATISFY
PSE&G WITH PAYMENTS, - AS PSE&G DEMANDS AT ONCE; FOR VIOLATING
FEDERALLY PROTECTED - STATUTE 890. BRING FORTH - FEDERALLY PROTECTION
STATUTE 5 U.S.C. §706(2) SETTING ASIDE ANY DEFENSE RAISED NOT IN
COMPLIANCE UPON WHICH RELIEF IS GRANTED + AND FED. R-8.C FOR
PAYMENT TO PSE&G AT ONCE. - STATUTE 443 - HOUSING ACCOMMODATIONS.
AND VERIFIED & JUSTIFIED UNDER 28 U.S.C. §1746. Eric J. Rhett

RHETT VS N.J. STATE SUPERIOR COURT TRUST FUND UNIT OFFICIAL

ORIGINAL CLAIM:                                                      22
PURSUANT TO FED. R. 8-A-1
THE DISTRICT COURT HAS JURISDICTION UNDER THE U.S. DEBT
COLLECTION ACT OF 1982; AND UNDER 71:1104 FOR DECLARATORY
AND INJUNCTIVE RELIEF AGAINST THE STATE & OFFICIALS., AND
ADA ACT.

THE PLAINTIFF IS STATING A § 1983 CLAIM-AGAINST THE N.J. STATE
AND OFFICIAL IN CHARGE; FOR A VIOLATION OF FED. STATUTE 470
AMENDED UNDER STATUTE 890, AND STATUTE 31 U.S.C. 3711.; FOR
CRIMINALLY HARBORING, THE OFFICIAL REJECTED OF $12,500.00
UNDER STATE DKT. NO. UNN-L-3000.00; AND FOR VIOLATING THE
FEDERALLY PROTECTED FED. STATUTE 470, FOR JUDICIAL
KIDNAPPING THE OFFICIAL REJECTED AMOUNT OF $12,500.00;
AND FOR VIOLATING THE FEDERALLY PROTECTED-FED. STATUTE 446
OF AMERICANS WITH DISABILITIES ACT., WHICH-BECAUSE THE $12,500.00
WAS CRIMINALLY ESTABLISHED BY JUDICIAL COURT THREATS.,
COERCING NON-JUDICIAL FACTS, ON RECORD., AND INTIMIDATION;
WHERE SAID FED. STATUTE 470 AND ADA-ACT., GRANTS THIS
INJUNCTIVE RELIEF.,
BECAUSE ON 10-24-03, FORMER STATE JUDGE ROSS R. ANZALDI.,
AND MAIN ACCOMPLICE IN THE CORRUPTED PROCEEDINGS., ORDERED
THE $12,500.00 TO BE HELD BY THE SUPERIOR COURT, UNDER
FALSE & FRAUDULENT FINDINGS., WHERE STEIN ON PERSONAL INJURY
DAMAGES-RULE OF CIVIL PROCEDURE 348.-OFFICIALLY REJECTS
THE $12,500.00 AS A SETTLEMENT., AND FEDERALLY VIOLATING, THIS
CIVIL MANDATE, FOR CRIMINALLY HARBORING THIS MONEY-PASS
30 DAYS, WITH NO ACCEPTANCE BY PLAINTIFF SINCE 10-24-03;
PURSUANT TO FED R-8-A-3
THE PLAINTIFF DEMANDS, THAT THE $12,500.00 BE RELEASED & RETURNED
TO FIREMANS INSURANCE CO. AS A REJECTED SETTLEMENT; AND FOR VIOLATING
FEDERALLY PROTECTED-STATUTE 890 BRING FORTH STATUTE 42CFR-405.-
841(C) FOR RECORD FRAUD, ELIMINATING ANY REQUIRED TIME PERIOD.,
AND VIOLATING FEDERALLY PROTECTED STATUTE 890 BRING FORTH - STATUTE
5 U.S.C. § 706 (2) AND SETTING ASIDE ANY DEFENSE RAISED.,
BECAUSE THE ENTIRE STATE PROCEEDINGS IN THIS MATTER, WAS AND IS
UNLAWFUL.

AND JUSTIFIED UNDER 28 U.S.C. § 1746 & VERIFIED   Ernest R. Rhett

**§ 97.1**        SPECIAL PROCEEDINGS                                    23

---

**§ 97.2  Motion for Leave to Sue in Forma Pauperis** 💾

[*Add Caption, see §§ 7.8, 7.20–7.41*]

| |
|---|
| In the Matter of the Application )       CIVIL ACTION |
| of Defendant for Leave to Sue in )       MOTION |
| Forma Pauperis                    ) |

Application is hereby made by John Doe for leave to sue **DEFENDANTS** in the    U.S. Dist. Ct., Dist. of N.J., Newark—Cont'd    , in forma pauperis on the ground that he has a meritorious cause of action against   Defendant(s). for damages and is without sufficient funds to prosecute the same as appears from his affidavit attached hereto.

Dated: [*date*]

3-24-16

_____
[*name*]
Applicant

**AFFIDAVIT**

(1)    I am unable to pay such fees, costs, or give security therefor.
(2)    I am entitled to commence this action against the defendant(s).
(3)    I request that the court direct the United States Marshal's Service to serve process.

_____
Original Signature

Eric J. Rhett
Name (print or type)

195 W. Main St. Apt. 2
Street Address

Rahway N.J.              07065
City          State          Zip Code

(  )
Telephone Number



**State of New Jersey**
DEPARTMENT OF COMMUNITY AFFAIRS
DIVISION OF HOUSING & COMMUNITY RESOURCES
HOUSING ASSISTANCE PROGRAMS – UNION FIELD OFFICE
200 WEST SECOND STREET
PLAINFIELD, NEW JERSEY 07060
(908)412-3700 EXTENSION 200 OR 201 - PHONE
(908)412-2679 - FAX

CHARLES A. RICHMAN
*Commissioner*

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

*Evidence a proof*



February 2, 2016

Eric J. Rhett
195 W Main Street   Apt 2
Rahway, NJ  07065

Dear Eric J. Rhett:

Housing assistance provided to you at your current address is scheduled to terminate on April 1, 2016 unless the information in your file is updated. If you wish to have your housing assistance continued, you and all members of your household age 18 and over must complete each of the enclosed forms as follows:

1. Authorization for the Release of Information. This form must be signed by you and all persons age 18 and over who will reside in the assisted unit; if not already provided.  *YES*
2. Tenant Information Form. This form must be completed and signed by you. All current income information (wages, social security, bank accounts etc.) for all persons who will reside in the assisted unit must be provided as well as any documentation for medical or child care expenses, if applicable.

In addition, you must provide, if you have not done so already, social security cards and birth certificates for all members of your household. Please have these documents, and any other requested documents with you at your recertification appointment. We have scheduled your recertification appointment at our office for the following date and time:

**Appointment Date**: February 24, 2016 **Appointment Time:**  11:00 AM

If you are unable to keep this appointment you must notify us immediately at 908-412-3700 so we can reschedule. Failure to keep this appointment for any reason may result in the termination of your housing assistance. Please bring proper identification to appointment.

Sincerely,
Valacy Kennedy

*Evidence and proof, that the plaintiff's original-tenant information form-dated 12-7-15 + 2-24-16 together, is acceptable as is-so why was caseworker Freeman -so eager to fill out another tenant info form? If she wasn't trying to committe fraud again -on that form.*